

# In the Missouri Court of Appeals
# Eastern District

JUNE 14, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1. ED102826 STATE OF MISSOURI, RES V JERYL A. DANIELS, APP

2. ED103173 STATE OF MISSOURI, RES V PERVIS MCALLISTER, APP

3. ED103201 ACA ROLWES BUILDERS, RES V R. HENSON JR. ETAL, APP

4. ED103241 KURT PONZAR ETAL, APP V DEBORAH ELLIOTT ETAL, RES

5. ED103414 WILLIAM ADAMS, APP V STATE OF MISSOURI, RES

6. ED103808 ALFRED VALDEZ, RES V GILSTER-MARY LEE CORP APP